# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

Courtroom 203D  Date: 5/5/2023  Time: 11:00 a.m.

---

**Defendant:** Tyrone Gerry Dorgile (J)  **J#:**  **Case #:** 23-MJ-6200-PMH

**AUSA:** Donald Chase (Duty)  **Attorney:**

**Violation:** Conspiracy to Distribute a Controlled Substance

**Proceeding:** Initial Appearance  **CJA Appt:**

**Bond/PTD Held:** ⊙ Yes  ⊙ No  **Recommended Bond:** Detention

**Bond Set at:**  **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

**Language:** English

**Disposition:**
Defendant present and advised of rights and charges.

Court grants Defendant's Request to Reset Report Re: Counsel.

Court grants Government's Request for Detention Hearing.

Court grants Government's Ore Tenus Motion to Continue Detention Hearing.

---

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:

**Report RE Counsel:** 5/10/2023 at 11:00am (FTL DUTY)

**PTD/Bond Hearing:** 5/10/2023 at 11:00am (FTL DUTY)

**Prelim/Arraign or Removal:** 5/19/2023 at 11:00am (FTL DUTY)

**Status Conference RE:**

**D.A.R.** 11:10:47  **Time in Court:** 15 minutes

**CHECK IF APPLICABLE:** _x_ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _5/10/2023_, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..