UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                                                      CASE NO.:   23-MJ-06200-PMH-1
TYRONE GERRY DORGILE,
    Defendant.
_____/

## NOTICE OF APPEARANCE (TEMPORARY)

**COMES NOW** CARTER T. HILLSTROM, and files his temporary appearance as counsel of record for the above-named Defendant.

Respectfully submitted,

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM
Attorney for the Defendant
Florida Bar # 26211
Shemtov & Hillstrom, PLLC
612 SE 5th Ave., Suite 4
Fort Lauderdale, FL 33301
(954) 329-2222
(954) 462-7237 FAX
carter@shlawfl.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the CM/ECF system on all counsel or parties of record.

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM