# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310                                    Date: 5/10/2023    Time: 11:00 a.m.

Defendant: Tyrone Gerry Dorgile(J)        J#: 57710-510    Case #: 23-6200-PMH
AUSA: Katherine Guthrie                   Attorney: Carter Hillstrom, Esq. (Temp)
Violation: Conspiracy to Distribute a Controlled Substance
Proceeding: Report Re Counsel/ Detention Hearing        CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond: Detention
Bond Set at: $150k PSB                    Co-signed by: Mom and Dad

☑ Surrender and/or do not obtain passports/travel docs        Language: English

☑ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☑ Random urine testing by Pretrial Services ____
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☑ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☑ No firearms

☑ Not to encumber property

☑ May not visit transportation establishments

☑ Home Confinement/Electronic Monitoring and/or with Location Monitoring
   Curfew ____ pm to ____ am, paid by defendant

☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☑ Travel extended to: SDFL

☑ Other: No contact with Kevin Senecharles, Noel Sillionet, Michelle Jones

Disposition:
- Defendant present.
- No bond hearing held.
- The Court accepts the stipulated bond.
- equipment to be determined by Pretrial.

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:        Place:
Report RE Counsel: 5-19-2023 @ 11am FTL Duty
PTD/Bond Hearing:
Prelim/Arraign or Removal: 5/19/2023 @ 11am FTL Duty
Status Conference RE:
D.A.R. 11:13:48                          Time in Court: 15 mins

CHECK IF APPLICABLE: ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..